CLERKS COPY
FILED
AT ALBUQUERQUE NM
MAR 21 2000
ROBERT M. MARCH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL SENA,

    Plaintiff,

v.      No. CIV-99-1307 JP/DJS

INFIRMARY ADMINISTRATOR BRUCE TRAVIS,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Plaintiff's motion to reconsider (Doc. #8) filed March 13, 2000, which contends that the order entered February 7, 2000, erroneously dismissed Plaintiff's claims against Defendants Wackenhut and Williams. The motion is construed under Fed.R.Civ.P. 60(b). *Hawkins v. Evans*, 64 F.3d 543, 546 (10th Cir. 1995).

"[A] district court may grant a Rule 60(b)(6) motion only in extraordinary circumstances and only when necessary to accomplish justice." *Cashner v. Freedom Stores, Inc.*, 98 F.3d 572, 579 (10th Cir. 1996). "However, it is an abuse of discretion to grant relief where no basis for that relief exists." *Id.* at 580. "[R]evisiting the issues already addressed . . . and 'advanc[ing] new arguments or supporting facts which were otherwise available . . .' is likewise inappropriate." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Plaintiff's motion simply disagrees with the Court's application of the rule against *respondeat superior* liability in an action under 42 U.S.C. §1983. The motion will be denied.

IT IS THEREFORE ORDERED that Plaintiff's motion to reconsider (Doc. #8) filed March 13, 2000, is DENIED.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE